CHAPTER 13 PLAN

Case No.: **14-03411-TBB**

Debtor(s): **Earnest P. Jonseof**   SS#: **xxx-xx-6954**   Net Monthly Earnings: **746.00**

**Terri M. Jonseof**   SS#: **xxx-xx-2677**   Number of Dependents: **2**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **746.00**   ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   (     ) Payroll deduction Order: To _____ for
   $ _____  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **54** months, and the total amount of debt to be distributed by the Trustee is approximately $ **40,284.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service CH 13 | Taxes and certain other debts | $1,850.29 | $40.00 |

   B. Total Attorney Fee: $ **3,000.00** ; **$595.00** paid pre-petition; $ **1120.00** to be paid at confirmation and $ **130.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Ocwen Loan Servicing | $242,694.32 | ☐ by Trustee ☒ by Debtor $1,890.00 | October 2014 | $23,000.00 | Through and include Sept 2014 | 0.00% | $426.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☐ This is an original plan.
   ☒ This is an amended plan replacing plan dated **9/2/14**.
   ☒ This plan proposes to pay unsecured creditors **"POT"** %.
   ☒ Other Provisions: Debtor will pay all pre and post petition utility service charges to Alabama Power Company and Alabama Gas Corp. in lieu of posting a deposit under 11 U.S.C. 366 and acknowledge that 11 U.S.C. 326 will not prohibit collection of these debts by Alabama Power Company and Alabama Gas Corp.

   Debtor proposes to pay a **"POT"** to holders of allowed general unsecured claims of **$8,200.00**.

Name/Address/Telephone/Attorney for Debtor (s)   Date **March 10, 2015**   **/s/ Earnest P. Jonseof**
**/s/ Paula C. Greenway**   **Earnest P. Jonseof**
**505 North 20th Street**   Signature of Debtor
**Suite 1220**   **/s/ Terri M. Jonseof**
**Birmingham, AL 35203**   **Terri M. Jonseof**
Telephone # **205.324.4000**   Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re: **Earnest P. Jonseof / Terri M. Jonseof**, Debtor(s)

Case No. **14-03411-TBB**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 10, 2015**, a copy of **March 10, 2015** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alabama Gas Company**
20 20th St. South
Birmingham, AL 35233-2018

**Alabama Power**
1313 6th Ave. North
Birmingham, AL 35203

**Amerifinancial Solutio**
Po Box 602570
Charlotte, NC 28260

**Amerifinancial Solutio**
Po Box 602570
Charlotte, NC 28260

**Amerifinancial Solutio**
Po Box 602570
Charlotte, NC 28260

**Amerifinancial Solutio**
Po Box 602570
Charlotte, NC 28260

**Amerifinancial Solutio**
Po Box 602570
Charlotte, NC 28260

**Bellsouth**
P.O. Box 105503
Atlanta, GA 30348-5503

**Bk Of Amer**
Po Box 982235
El Paso, TX 79998

**Charter Communications**
4601 Southlake Pkwy, Ste. 125
Birmingham, AL 35244

**Eric Holder, Attorney General**
Department of Justice
10th and Constitution Avenue Rm. B-324
Washington, DC 20530

**Franklin Collection Sv**
2978 W Jackson St
Tupelo, MS 38801

**Internal Revenue Service**
Austin IRS Center
Stop 6692 AUSC
Austin, TX 73301-0021

**Internal Revenue Service**
Attn: Ron Hill
801 Tom Martin Drive 137 C3
Birmingham, AL 35211

**Internal Revenue Service CH 13**

**11601 Roosevelt Blvd.**
**Mail Drop Point N 781**
**Philadelphia, PA 19154**

**IRS**
**2970 Market Street**
**Mail Stop 5-Q30, 133**
**Philadelphia, PA 19104-5016**

**Jauregui & Lindsey, LLC**
**2110 Devereux Circle**
**Suite 100**
**Birmingham, AL 35243**

**Jefferson County Tax Collector**
**716 North 20th Street**
**Birmingham, AL 35203**

**Ocwen Loan Servicing**
**P.O. Box 24737**
**West Palm Beach, FL 33416**

**Shelby County Tax Assessor**
**Main Street**
**Columbiana, AL 35051**

**Springleaf**
**Po Box 9068**
**Brandon, FL 33508**

**State of Alabama Department of Revenue**
**Jefferson Shelby Taxpayer Service Center**
**P.O. Box 1927**
**Pelham, AL 35124**

**State of Alabama, Department of Revenue**
**Legal Division**
**P.O. Box 320001**
**Montgomery, AL 36132-0001**

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief. Signed under penalty of perjury pursuant to the laws of the United States of America this __10th__ day of __March__, 20__15__ at ____, ____.

        **/s/ Paula C. Greenway**
        **Paula C. Greenway**
        **Greenway Bankruptcy Law, LLC**
        **505 North 20th Street**
        **Suite 1220**
        **Birmingham, AL 35203**
        **205.324.4000Fax:205.326.1150**
        **greenwaybankruptcylaw@gmail.com**