UNITED STATES BANKRUPTCY COURT

Northern District of Alabama

In re: <u>Earnest P. Jonseof</u>
<u>Terri M. Jonseof</u>

Case No. <u>14-03411-TOM13</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X</u>
Name of Transferee

Name and Address where notices to transferee should be sent:
<u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>
<u>PO Box 619096</u>
<u>Dallas, TX 75261-9741</u>

Phone: <u>877-343-5602</u>
Last Four Digits of Acct #: <u>3846</u>

Name and Address where transferee payments should be sent (if different from above):
<u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>
<u>PO Box 619094</u>
<u>Dallas , TX 75261-9741</u>

Phone: <u>877-343-5602</u>
Last Four Digits of Acct #: <u>3846</u>

<u>Ocwen Loan Servicing LLC, as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-RS4</u>
Name of Transferor

Court Claim # (if known): <u>8-1</u>
Amount of Claim: <u>246,248.20</u>
Date Claim Filed: <u>7/30/2015</u>

Phone: _____
Last Four Digits of Acct. #: <u>7087</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Thomas G. Tutten, Jr.</u>
Thomas G. Tutten, Jr. (TUT-003)
Diane Murray (MUR-048)
✓Enslen Crowe (CRO-098)ℯℯ
Donald M. Wright (WRI-021)

Date: 2/26/2018

Title: Attorney of Record for Transferee
Address: Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Phone: 205-930-5325

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.